UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**JOSEPH PHILLIPS AND DIANE PHILIPS,**<br>   **fdba TORMAN VEGAS, INC**<br><br><br><br>Debtor(s). | Chapter   13<br><br>Case No.   **11-11211-mkn** |

## NOTICE OF REQUEST FOR SPECIAL NOTICE AND PAPERS

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Sr. Assistant General Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent for the GGP Limited Partnership location identified on Exhibit "A" attached hereto**,** hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed as follows:

**Kristen N. Pate**
**GGP Limited Partnership, as Agent**
**110 N. Wacker Drive**
**Chicago, IL  60606**
**Telephone: (312) 960-2940**
**Fax: (312) 442-6374**
**E-Mail: ggpbk@ggp.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings.  Movant additionally requests that the Debtor and the Clerk of the Court place her name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 7th day of February, 2011.

Respectfully submitted,

    /s/  Kristen N. Pate_____
Kristen N. Pate
Sr. Assistant General Counsel
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL  60606
(312) 960-2940
(312) 442-6374 (fax)

## **CERTIFICATE OF SERVICE**

To:

**Clerk**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

**Attorney**
Barry Levinson
Barry Levinson & Associates
2810 S. Rainbow Blvd.
Las Vegas, NV 89146

**Bankruptcy Trustee**
Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV 89101

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing NOTICE OF REQUEST FOR SPECIAL NOTICE AND PAPERS was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 7th day of February, 2011.

                ___/s/ Jennifer Anfinson_____
                Jennifer Anfinson

# EXHIBIT A

## FASHION SHOW MALL

dba  Norman Kaplan Footwear